**Appeal No.  2018AP1835-CR**

Cir. Ct. No.  2015CF207

**STATE OF WISCONSIN**

**IN COURT OF APPEALS**

**DISTRICT IV**

---

**STATE OF WISCONSIN,**

 **PLAINTIFF-RESPONDENT,**

 **V.**

**DEANDRE M. SMITH,**

 **DEFENDANT-APPELLANT.**

FILED

December 23, 2019

Sheila T. Reiff
Clerk of Court of Appeals

---

## ERRATA SHEET

Sheila T. Reiff
Clerk of Court of Appeals
P.O. Box 1688
Madison, WI  53701-1688

Court of Appeals District I
330 East Kilbourn Avenue, Suite 1020
Milwaukee, Wisconsin   53202-3161

Court of Appeals District II
2727 N. Grandview Blvd.
Waukesha, WI  53188-1672

Court of Appeals District III
2100 Stewart Ave., Suite 310
Wausau, WI   54401

Court of Appeals District IV
Ten East Doty Street, Suite 700
Madison, WI  53703

Jenny Andrews, Sarah Motiff
Court of Appeals
Ten East Doty Street, Suite 700
Madison, WI  53703

Hon. William E. Hanrahan
Circuit Court Judge
Dane County Courthouse
215 S. Hamilton St., Rm. 4103
Madison, WI 53703

Carlo Esqueda
Clerk of Circuit Court
Dane County Courthouse
215 S. Hamilton St., Rm. 1000
Madison, WI 53703

William L. Brown
Assistant District Attorney
215 S. Hamilton St., Ste. 3000
Madison, WI 53703

Dana Lynn LesMonde
LesMonde Law Office
354 W. Main St.
Madison, WI 53703-3115

Aaron R. O'Neil
Assistant Attorney General
P.O. Box 7857
Madison, WI 53707-7857

PLEASE TAKE NOTICE that corrections were made to paragraphs 20 and 23 in the above-captioned opinion which was released on November 27, 2019. A corrected electronic version in its entirety is available on the court's website at www.wicourts.gov.